DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTINA MARTINDALE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1320

_____

September 26, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Christina Martindale, pro se.

PER CURIAM.

    Affirmed.

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.